**United States Bankruptcy Court**
**District of Massachusetts, Eastern Division**

## CHAPTER 13 PLAN

Filing Date: _____          Docket #: _____

Debtor: **McCarthy, Paula A.**          Co-Debtor: _____

SS#: **7438** _____          SS#: _____

Address: **74 Rip Van Winkle Way**          Address: _____

**Buzzards Bay, MA  02532-2942** ___          , _____

_____          _____

Debtor's Counsel:

**Lawrence L. Hale**
**128 Main Street, Suite 7**
**Carver, MA  02330**

**(508) 866-2900**
**(508) 866-2997**

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE SECTION 341 MEETING TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

**United States Bankruptcy Court**
**District of Massachusetts, Eastern Division**

## CHAPTER 13 PLAN

Docket#:

DEBTORS:  (H) **McCarthy, Paula A.**_____    SS# **7438**_____
(W) _____    SS# _____

### I. PLAN PAYMENT AND TERM:

Debtor(s) shall pay monthly to the Trustee the sum of $ **429.00** for the term of:

☐ 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i):
☐ 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);
☐ 60 Months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause:
☒  **60** Months. The Debtor states as reasons therefore: the additional term is necessary to administer the estate.

### II. SECURED CLAIMS:

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **American Home Mtg Svci** | **Fist Mortgage on residence. Mortgage account opene** | **22,000.00** |
| **Town Of Bourne** | | **1,139.64** |
| | Total of secured claims to be paid through the Plan: $ | **23,139.64** |

B. Claims to be paid directly to creditors (not through plan):

| Creditor | Description of Claim |
|---|---|
| **Ally Fincl** | **Installment account opened 9/08** |
| **American Home Mtg Svci** | **Fist Mortgage on residence. Mortgage account opened 5/06** |

C. Modifications of Secured Claims:

| Creditor | Details of Modification (Additional details may be attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **None** | | |

D. Leases:

i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of:
**None**

ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of :
**None**

iii. The arrears under the lease to be paid under the plan are _____.

### III. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

Total of Priority Claims to Be Paid Through the Plan: $ _____ 0.00

## IV. ADMINISTRATIVE CLAIMS:

A. Attorneys fees  (to be paid through the Plan): $ **0.00**.

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of **0.00**% of their claims.

A. General unsecured claims: $ _____ **32,645.20**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

Total of A + B + C unsecured claims: $ _____ **32,645.20**

D. Multiply total by percentage: $ **0.00**
(Example: total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

Total amount of separately classified claims payable at **100**%: $ _____ 0.00

## VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund Plan:

B. Miscellaneous provisions:

## VII. CALCULATION OF PLAN PAYMENT:

| | | |
|---|---|---|
| a. Secured claims (Section I-A Total): | $ | **23,139.64** |
| b. Priority claims (Section II-A & B Total): | $ | **0.00** |
| c. Administrative claims (Section III-A & B Total): | $ | **0.00** |
| d. Regular unsecured claims (Section IV-D Total): + | $ | **0.00** |
| e. Separately classified unsecured claims: | $ | **0.00** |
| f. Total of a + b + c + d + e above: | $ | **23,139.64** |
| g. Divide (f) by .90 for total including Trustee's fee: Cost of Plan: | $ | **25,710.71** |
| (This represents the total amount to be paid into the Chapter 13 Plan) | | |
| h. Divide (g) Cost of Plan by Term of Plan: **60** months | | |
| i. Round up to nearest dollar: Monthly Plan Payment: | $ | **429.00** |
| | | (Enter this amount on Page 1) |

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| **Single family home at 74 Rip Van Winkle Way, Buzzards B** | **215,000.00** | **222,207.64** |

Total Net Equity for Real Property:    $ _____ **0.00**
Less Total Exemptions (Schedule C):    $ _____ **0.00**
Available Chapter 7:                   $ _____ **0.00**

B. Automobile

| Describe year, make and model | Value | Lien | Exemption |
|---|---|---|---|
| **1997 Dodge Dakota. Value is determined using Kelly Blue Book (ww** | **864.00** | **0.00** | **864.00** |
| **2001 Chevrolet Equinox. Value is determined using Kelly Blue Boo** | **3,883.00** | **4,393.00** | **0.00** |

Total Net Equity:                  $ _____ **864.00**
Less Total Exemptions (Schedule C): $ _____ **864.00**
Available Chapter 7:               $ _____ **0.00**

C. All Other Assets (All remaining items on Schedule B): (Itemize as necessary)

Total Net Value:                $ _____ **11,085.44**
Less Exemptions (Schedule C):   $ _____ **11,085.44**
Available Chapter 7:            $ _____ **0.00**

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $ **0.00**.

E. Additional Comments regarding Liquidation Analysis:

## IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor of his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

**/s/ Lawrence L. Hale, Esquire**                    **August 8, 2012**
Debtor's Counsel                                     Date

Attorney's Address:
**Lawrence L. Hale**
**128 Main Street, Suite 7**
**Carver, MA  02330**

Tel. # **(508) 866-2900**                    Email Address: **lhale@halelaw.net**

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

**/s/ Paula A. McCarthy**                            **August 8, 2012**
Debtor                                               Date

                                                     **August 8, 2012**
Debtor                                               Date

## CERTIFICATE OF SERVICE

I, Lawrence L. Hale, Esquire, attorney for the Debtor, state that on September 11, 2012, I electronically filed the foregoing pleading to which this is attached with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

U. S. Trustee's Office
Carolyn A. Bankowski, Chapter 13 Trustee

I certify that I have mailed by first class mail, postage pre-paid, the documents electronically filed with the Court on the following non-CM/ECF participants shown on the attached Notice List.


/s/ Lawrence L. Hale
Lawrence L. Hale, Esquire

Paula A. McCarthy
74 Rip Van Winkle Way
Buzzards Bay, MA 02532-2942

Ally Fincl
200 Renaissance Ctr
Detroit, MI 48243-1300

American Home Mtg Svci
1525 S Belt Line Rd
Coppell, TX 75019-4913

Amex
PO Box 297871
Fort Lauderdale, FL 33329-7871

Aspire
PO Box 105555
Atlanta, GA 30348-5555

At&T
C/O PFG Of Minnesota
7825 Washington Ave, S Suite 310
Minneapolis, MN 55439

Cap One
PO Box 85520
Richmond, VA 23285-5520

Chase
PO Box 15298
Wilmington, DE 19850-5298

Citi
PO Box 6497
Sioux Falls, SD 57117-6497

Discover Fin Svcs Llc
PO Box 15316
Wilmington, DE 19850-5316

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

Gecrb/care Credit
PO Box 981439
El Paso, TX 79998-1439

Gecrb/care Credit
C/O PO Box 965036
Orlando, FL 32896-0001

Gecrb/empire
C/O P.O. Box 965036
Orlando, FL 32896-0001

Gecrb/jcp
PO Box 965005
Orlando, FL 32896-5005

Gecrb/wlmrtd
PO Box 981400
El Paso, TX 79998-1400

Hfc - Usa
PO Box 3425
Buffalo, NY 14240-3425

Hsbc Bank
PO Box 5253
Carol Stream, IL 60197-5253

Hsbc/bstby
PO Box 5253
Carol Stream, IL 60197-5253

Integrity Financial Partners
4370 W 109th St Ste 100
Leawood, KS 66211-1316

Northland Group Inc
P.O. Box 390905
Minneapolis, MN 55439

PFG
7825 Washington Ave Suite 310
Minneapolis, MN 55429

Professional Recovery Services Inc
P.O. Box 1880
Voorhees, NJ 08043

Sears/cbna
PO Box 6282
Sioux Falls, SD 57117-6282

Southcoast Hospital Group
363 Highland Ave
Fall River, MA 02720-3703

Thd/cbna
PO Box 6497
Sioux Falls, SD 57117-6497

Town Of Bourne
Treasurer And Tax Collector's Ofice
24 Perry Ave
Buzzards Bay, MA 02532-3441

Verizon Nw E
500 Technology Dr
Weldon Spring, MO 63304-2225

Wfnnb/pacific Sunwear
995 W 122nd Ave
Westminster, CO 80234-3417

Wfnnb/victorias Secret
PO Box 182789
Columbus, OH 43218-2789